Eva May Stowell, an Infant, by Her Guardian ad Litem, Frank Stowell, Appellant, v. John P. O'Neil and Edward O'Neil, Respondents.— Order unanimously affirmed, with costs.  No opinion.

Adelbert G. Sergent, Appellant, v. The Liverpool and London and Globe Insurance Company, Respondent.—. Judgment unanimously affirmed, with costs. No opinion.  Sewell, J., not sitting.

Richard H. Thurston, as Executor, etc., of Marcus M. Knowles, Deceased, Appellant, v. The Town of Ashland and Merton E. Baldwin, as Supervisor of the Town of Ashland, Respondents, Impleaded with Others.— Judgment affirmed, with costs.  No opinion.  All concurred; Kellogg, J., not sitting.

Amrilla O. West, Appellant, v. Benjamin C. Brown and Nelson West, Respondents.— Order affirmed, with costs.  No opinion.  All concurred.

William R. Weed, Who Brings This Suit on Behalf of Himself and of All the Other Stockholders of the First National Bank of Saratoga Springs, N. Y., Situated Similarly with Himself, Respondent, and Florence J. Steenburgh, v. The First National Bank of Saratoga Springs, New York, Impleaded with William B. Gage and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  All concurred.

Walter L. Wilhelm, Respondent, v. Fuller & Warren Company, Appellant.— Judgment and order unanimously affirmed, with costs.  No opinion.

Martin P. Wellman, Respondent, v. Stephen A. Terrell and Fred J. Campbell, Appellants.— Judgment and order unanimously affirmed, with costs.  No opinion.  Sewell, J., not sitting.

Wiillam R. Weed and Frederic A. Weed, Respondents, v. James Spears, Appellant.— Judgment affirmed, with costs.  No opinion.  All concurred, except Cochrane, J., dissenting.

The Yale Wonder Clock Company, Respondent, v. James E. Surman, Appellant.— Judgment unanimously affirmed, with costs.  No opinion.

Charles Tinley, Respondent, v. Maude C. Van Wert, Appellant.— Order entered herein vacated, and decision amended so as to read as follows: Judgment reversed, with costs, and complaint dismissed, with costs.  Opinion by Cochrane, J.*  All concurred.

---

## FIRST DEPARTMENT, JULY, 1907.

In the Matter of the Transfer Tax upon the Estate of Mary Ritchie Bennett, Deceased.  Frank G. Wild and James W. Ferguson, as Executors of Mary Ritchie Bennett, Deceased, Appellants; The Comptroller of the State of New York, Respondent.— Order modified by deducting from the value of the property assessed for taxation the sum of $561, interest upon the Mercantile Trust Company loan, and as modified affirmed, without costs.  No opinion.  Settle order on notice.

Lederer Amusement Company, Appellant, v. Gustave Kerker and Others, Respondents.— Judgment affirmed, with costs.  No opinion.

---

*Reported in 119 App. Div. 788.— [REP.